

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-21-00553-CV

**IN THE INTEREST OF L.M.C.**, a Child

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-16354
Honorable Martha Tanner, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, the trial court's September 24, 2021 final order titled "ORDER IN SUIT TO MODIFY PARENT-CHILD RELATIONSHIP" is MODIFIED as follows:

On page 12, the second paragraph under the heading "4. Extended Summer Possession by Matthew Cervantes –" is DELETED, and the following paragraph is SUBSTITUTED in its place:

> Without Written Notice by April 1 – If Matthew Cervantes does not give Melissa Carrera written notice by April 1 of a year specifying an extended period or periods of summer possession for that year, Matthew Cervantes shall have possession of the child for thirty consecutive days in that year beginning at 6:00 p.m. on July 7 and ending at 6:00 p.m. on August 6.

AS MODIFIED, the final order is AFFIRMED. IT IS ORDERED that Appellant Melissa Carrera recover her costs on appeal from Appellee Matthew Cervantes.

SIGNED February 1, 2023.

_____
Liza A. Rodriguez, Justice